## TRUK INTERNATIONAL FUND LP, Plaintiff–Appellant

### v.

## DAVID W. WEHLMANN; Randall Boyd; Donald W. Niemiec; Robert L. Gaudin; William O. Powell, III; Canaccord Adams Inc; Canaccord Capital Corporation; Cano Petroleum, Inc.; S. Jeffrey Johnson; Morris B. Smith; Ben Daitch; Michael J. Ricketts; Patrick McKinney, Defendants–Appellees.

### No. 09–11214.

United States Court of Appeals, Fifth Circuit.

Aug. 4, 2010.

Mark Allen Strauss, Daniel Hume, Esq., Ira M. Press, Esq., Kirby McInerney, L.L.P., New York, NY, Roger F. Claxton, Law Office of Roger F. Claxton, Dallas, TX, for Plaintiff–Appellant.

Jonathan J. Lerner, Gregory A. Litt, Esq., Skadden, Arps, Slate, Meagher & Flom, L.L.P., New York, NY, Ralph H. Duggins, III, Scott Alan Fredricks, Cantey Hanger, L.L.P., Bill F. Bogle, Roland Kent Johnson, Harris, Finley & Bogle, P.C., Fort Worth, TX, John F. Batter, III, Esq., Phillipa J. Gage, Elizabeth Jean Hogan, Esq., Wilmer, Cutler, Pickering, Hale & Dorr, L.L.P., Boston, MA, J. Brett Busby, William Jarrell Moore, Bracewell & Giuliani, L.L.P., Houston, TX, for Defendants–Appellees.

Before KING, HIGGINBOTHAM, and GARZA, Circuit Judges.

PER CURIAM: *

Truk International Fund, LP ("Truk"), a mutual fund, appeals the district court's order dismissing its class action complaint, in which Truk alleged violations of sections 11, 12(a)(2) and 15 of the Securities Act of

---

1933 by Cano Petroleum, Inc., various individual defendants who are officers or directors of Cano (collectively "Cano"), and the underwriters of the offering, related to an offering of Cano securities. We have reviewed the record and the parties' briefs and oral arguments. We AFFIRM essentially for the reasons given by the able district court.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.